Glenda Denise White

410 West 7TH Street, Unit 407

Fort Worth, TX 76102

Vs

Bob Faith

Greystar Management

600E Las Colinas Rd

Irving, TX 75039



November 20, 2025

Compliant

Plaintiff entered into a lease agreement with the Historical Electric Building Apartments on 10/02/2021. Located at 410 West 7th Street in Fort Worth, TX. Historical Electric Building Apartment are managed by Greystar Management Corporate in Irving TX.

   The lease agreement was for 1 adult and 1 minor for a one-bedroom unit. Unit was to be leased according to Texas Department of Housing and Community Affairs low Income Housing Tax Credit Program or LIHTC. Which base rental payment on income and number of persons in unit. AMI income standards are set by Texas Department of Housing and Community Affairs.

   Historical Electric Building Apartments requested a letter from Ashley White the mother of Jla White a minor being cared for by her grandmother Glenda D White. Glenda D White was unable to secure the required letter. But did have the power of Attorney letter and other documents that verified she had cared for the minor for some years.

The Historical Electric Building prohibit Glenda D White from placing Jla White on her lease from 2021 to 2024. This was a violation of the Fair Housing Act. Discriminating against the White family based on familial status. In May of 2024 Jla White gave birth, again during the lease renewal Glenda White was prohibited from including the newborn and the mother.

Historical Electrical Building management team has increased rental payments before the terms of the previous lease expired. Historical Electrical Building Apartments has falsified income for 2022 and 2023 for Glenda D White. Low-income units have a standard 12-month lease as

1

required by the Texas Department of Housing and Community Affairs.   Complaints have been filed by Glenda White with the City of Fort Worth and United States Department of Housing and Urban Development.   In 2024 Glenda D White contacted Texas Department of Housing and Community Affairs to file a complaint regarding Historical Electric building Apartment using intimidation tactics and false income information.   Eviction Notices were placed inside Glenda D White unit 407, due to failing to sign incorrect income verification forms.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

_____ Division

Glenda Denise White
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Bob Faith
Grey Star Management
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name            Glenda Denise White
   Street Address  410 W. 7th Street #407
   City and County Fort Worth, Tarrant
   State and Zip Code Texas 76102
   Telephone Number 214 864-8582
   E-mail Address  gigi_40200l@yahoo.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Housing Act 42 U.S.C. 3601 et seq
Equal Credit Opportunity Act
Civil Right Act 1968 Codified § 42 U.SC §§ 3601-3631

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, (name) Glenda Denise White, is a citizen of the State of (name) Texas.

    b.  If the plaintiff is a corporation
        The plaintiff, (name) Grey Star Management, is incorporated under the laws of the State of (name) Texas,
        and has its principal place of business in the State of (name) Texas.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual Greystar Management
        The defendant, (name) Bob Faith, is a citizen of the State of (name) Texas. Or is a citizen of (foreign nation) _____.

Page 3 of 5

b.  If the defendant is a corporation

The defendant, *(name)* GREYSTAR MANAGEMENT, is incorporated under the laws of the State of *(name)* TEXAS, and has its principal place of business in the State of *(name)* TEXAS.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Housing Discrimination / Familial Status

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

*Refund of Over charges*

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

   A.   **For Parties Without an Attorney**

   I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

   Date of signing: 11/20/2025

   Signature of Plaintiff: *Glenda D. White*
   Printed Name of Plaintiff: Glenda D. White

   B.   **For Attorneys**

   Date of signing: _____

   Signature of Attorney        _____
   Printed Name of Attorney     _____
   Bar Number                   _____
   Name of Law Firm             _____
   Street Address               _____
   State and Zip Code           _____
   Telephone Number             _____
   E-mail Address               _____



QuestQuantum™

| Employee Name | Department | Company Information |
|---|---|---|
| White, Glenda D | 1410100 - IOPs | Quest Diagnostics Incorporated |
| Person Number | Assignment Number | 500 Plaza Drive |
| 3225584 | E3225584 | Secaucus, NJ 07094 |
| Position | | 877-783-7353 |
| Employee Address | Location | |
| 410 West 7th Street 407 Fort Worth, TX 76102 | TX_AJKQ_648 E Butler St | |

**Federal Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | 0.00 | 0.00 |

**State Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| TX | | 0 | 0.00 |

| Pay Frequency | Period Start Date | Period End Date | Payment Date | Base Rate |
|---|---|---|---|---|
| Bi-Weekly | 5-Oct-2025 | 18-Oct-2025 | 24-Oct-2025 | 22.33 |

| Summary Gross to Net | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,727.77 | 38,628.86 |
| Imputed Earnings | 11.72 | 205.10 |
| Pretax Deductions | 283.66 | 6,302.85 |
| Tax Deductions | 277.44 | 6,285.10 |
| Voluntary Deductions | 34.97 | 758.58 |
| Net Payment | 1,119.98 | 25,077.23 |

| Earnings | Hours Current | Hours YTD | Current | Year to Date |
|---|---|---|---|---|
| Regular Hours Pay | 68.85 | 1512.02 | 1,537.41 | 33,630.52 |
| Imputed Group Term Life* | | | 11.72 | 205.10 |
| Annual Incentive Plan | | | 0.00 | 1,178.14 |
| Holiday | | | 0.00 | 887.92 |
| Holiday Retroactive | | | 0.00 | 72.60 |
| Recognition Quest NE | | | 0.00 | 46.20 |
| Holiday Worked Hours Pay at Premium | | | 0.00 | 38.52 |
| Over Time Hours Pay at Base Rate | | | 0.00 | 16.52 |
| Over Time Hours Pay at Premium Rate | | | 0.00 | 8.27 |
| Total Earnings | | | 1,549.13 | 36,083.79 |

| Absences Earnings | Current | Year to Date |
|---|---|---|
| Health Flex Payment Entitlement Payment | 0.00 | 709.28 |
| PTO Payment | 0.00 | 253.00 |
| Vacation Payment Entitlement Payment | 178.64 | 1,582.79 |
| Total Absences Earnings | 178.64 | 2,545.07 |

*Imputed Earnings: Amount shown for taxation purposes only
**Nonpayroll Payment: Payment not part of Gross Earnings

| Hours Pay Type | Start Date | End Date | Quantity | Actual Rate | Amount |
|---|---|---|---|---|---|
| Regular Hours Pay*** | | | 68.85 | 22.33 | 1,537.41 |
| Vacation Payment Entitlement Earnings Results | | | 8.00 | 22.33 | 178.64 |
| | | | | Total Amount | 1,716.05 |

*** Hours Worked



Quest Diagnostics™

Page: 2 of 2

Total Hours Worked : 68.85

| Pretax Deductions | Current | Year to Date |
|---|---|---|
| 401(k) Contribution | 171.61 | 3,837.75 |
| Dental Pretax | 5.23 | 115.06 |
| Medical Pretax | 104.58 | 2,300.76 |
| Vision Pretax | 2.24 | 49.28 |
| Total Pretax Deductions | 283.66 | 6,302.85 |

| Tax Deductions | Current | Year to Date |
|---|---|---|
| FIT Withheld | 153.85 | 3,518.58 |
| Social Security Employee Withheld | 100.17 | 2,242.15 |
| Medicare Employee Withheld | 23.42 | 524.37 |
| Total Tax Deductions | 277.44 | 6,285.10 |

| Involuntary & Voluntary Deductions | Current | Year to Date |
|---|---|---|
| Long Term Disability Buy Up Ins | 5.63 | 116.72 |
| Recognition Quest NE Offset | 0.00 | 32.50 |
| STD Buy Up Insurance | 4.62 | 95.82 |
| Supplemental Life Insurance | 24.72 | 513.54 |
| Total Involuntary & Voluntary Deductions | 34.97 | 758.58 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 10426970625 | | | XXX0230 | USD | 1,119.98 |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Glenda Denise White
410 West 7th Street , Unit 407, FORT WORTH, TX 76102

## DEFENDANTS
Bob Faith
Greystar Management   600 E. LAS COLINAS, IRVING, TX 75039

**(b)** County of Residence of First Listed Plaintiff: **Tarrant**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Tarrant**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| [x] 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| [x] 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** / 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | 465 Other Immigration Actions | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
FAIR HOUSING ACT ,42 U.S.C 3601 ET SEQ ,
Brief description of cause:
descriminated due to familial ststus

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: None    DOCKET NUMBER:

DATE                              SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #           AMOUNT           APPLYING IFP           JUDGE           MAG. JUDGE