**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **GLENDA DENISE WHITE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-1317-O-BP** |
| | § | |
| **BOB FAITH, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

# JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's Amended Complaint is **DISMISSED**.
2. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendations of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **24th** day of **July, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE